UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IBRAHIM ADAM,

               Petitioner,

   v.

JEFFREY A UTTECHT,

               Respondent.

Case No. C18-1136-RSL-MAT

ORDER DIRECTING RESPONDENT
TO SUPPLEMENT RECORD

      This is a 28 U.S.C. § 2254 habeas action. Respondent has filed an answer and submitted relevant portions of the state court record. Exhibits 3 and 4 of the state court record, however, only include every other page of the original documents. *See* Dkt. 11-1 at 3-67. Accordingly, the Court ORDERS respondent to file complete copies of Exhibits 3 and 4 **within seven days** of the date of this Order.

      The Clerk is directed to send copies of this order to the parties and to the Honorable Robert S. Lasnik.

      Dated this 26th day of February, 2019.

                                             Mary Alice Theiler
                                             United States Magistrate Judge

ORDER DIRECTING RESPONDENT TO
SUPPLEMENT RECORD - 1